

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2025

No. 04-25-00029-CV

**IN RE MASTEC, INC.**

Original Proceeding[1]

### ORDER

On January 13, 2025, relator filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 5, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2024-CI-11477, styled *Sydney Epley v. Mastec, Inc.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Benjamin Robertson presiding.